UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA YAZID,

    Plaintiff,

v.                                              Case No: 8:24-cv-56-MSS-JSS

COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION,

    Defendant.
_____/

**ORDER**

    Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs, which the court construes as a Motion for Leave to Proceed In Forma Pauperis. (Dkt. 2.) Upon consideration, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. 2) is **GRANTED**. Plaintiff has filed an executed waiver of service in this matter (Dkt. 4) and counsel for Defendant has appeared (Dkt. 8). If Plaintiff wishes for service to be effected by a United States marshal, a deputy marshal, or a person specially appointed by the court, Plaintiff may file a motion requesting such service in accordance with Federal Rule of Civil Procedure 4(c)(3).

    **ORDERED** in Tampa, Florida, on January 24, 2024.

                                                        _____
                                                        JULIE S. SNEED
                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record